FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 03 2015

JAMES N. HATTEN, Clerk
By: PAm  Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

vs.

LAUREN A. LAW

1:15-mj-929-JFK

CASE NO. 3087706-NG6
3087707-NG6

## ORDER APPOINTING COUNSEL

WES BRYANT

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 3RD day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE