MAGISTRATE'S CRIMINAL MINUTES - MISCELLANEOUS      DATE: 11-3-15 @ 4:19 pm

MAGISTRATE RUSSELL G. VINEYARD, for Judge King PRESIDING P. MONTGOMERY, DEPUTY CLERK
CASE NO. 1:15-MJ-929-JFK      DEFT NAME: LAUREN A. LAW
AUSA: KITCHENS FOR ROEMER       DEFT ATTY: WES BRYANT
TAPE: FTR Gold        Type cnsl (circle): Retained    CJA   (FDP)
TIME IN COURT: ____ Hrs. 12 Mins.

✓ ARRAIGNMENT: cont'd until further before Judge King.

        COMPLAINT/INFORMATION FILED
✓     DEFENDANT ADVISED OF RIGHT TO COUNSEL AS CONTAINED IN "WAIVER"
✓     ORDER FEDERAL DEFENDER PROGRAM APPOINTED REPRESENT DEFENDANT
        _____ APPOINTED REPRESENT DEFENDANT
        CONSENT TO TRIAL BY MAGISTRATE FILED
        DEFENDANT ENTERS PLEA OF **NOT GUILTY**       No._____
        DEFENDANT **WITHDRAWS** PLEA OF NOT GUILTY     No._____
        DEFENDANT ENTERS PLEA OF **GUILTY**           No._____
        DEFENDANT ENTERS PLEA OF NOLO GUILTY          No._____
✓     BOND: $5,000 non-surety 3087706 + 3087707 - NGb

**TRIAL:**
        TRIAL DATE SET/CONTINUED/RESET FOR _____
        **TRIAL HELD - BENCH**
        COURT JUDGMENT OF **GUILTY**       No._____
        COURT JUDGMENT OF **NOT GUILTY**   No._____

**SENTENCING:**
        REFERRED TO PROBATION FOR PSI; SENTENCING SET FOR _____
        SENTENCING RESET/CONTINUED TO _____
        **SENTENCING HELD**

**JUDGMENT:** No._____        ___ SEE NEXT PAGE FOR MULTIPLE SENTENCES
        IMPOSITION DEFERRED
        CAG FOR IMPRISONMENT FOR _____
        EXECUTION OF SENTENCE SUSPENDED.
        DEFENDANT PLACED ON PROBATION FOR _____ (___UNSUPERVISED)
        SPECIAL CONDITION (S): _____
        FINE IN THE AMOUNT OF $_____ ___UNDER TERMS AND CONDITIONS, USPO
        _____WITHIN_____DAYS OR STAND COMMITTED.
        SPECIAL ASSESSMENT IN THE AMOUNT OF $_____
        RESTITUTION IN THE AMOUNT OF $_____ _____AS DIRECTED BY USPO
        _____TO:_____
        VOLUNTARY SURRENDER TO USM OR DESIGNATED INST. ON OR BEFORE _____
        EXECUTION OF SENTENCE DEFERRED UNTIL _____
        COURT RECOMMENDATION(S): _____
        _____ DISMISSED ON GOVERNMENT MOTION
        BOND _____

**PROBATION REVOCATION:**
        WAIVER OF PRELIMINARY HEARING BY PROBATIONER
        PROBATION REVOCATION HEARING SET/CONTINUED/RESET FOR _____
        PROBATION REVOCATION HEARING HELD
        PROBATIONER ___ADMITS (___IN PART) ___DENIES (___IN PART) VIOLATION(S).
        PROBATION REVOKED.
        PROBATION CONTINUED; NEW OR ADDITIONAL CONDITIONS: _____