# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF GEORGIA

1:15-mj-929

| | |
|---|---|
| United States of America<br>v.<br><br>LAW, LAUREN A<br>317 INDIAN LAKE DR<br><br>MORROW, GA 30260<br><br>_Defendant_ | Location Code(s)/Violation Number(s): NG6 3087706, NG6 3087707<br>Violation Date(s): 07/21/2015, 7/21/2015<br>Offense(s): POSSESSION OF A LOADED FIREARM<br>Amount Due: APPEARANCE REQUIRED |

## ARREST WARRANT

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: **October 2, 2015**

_Judge's signature_
HON JANET F. KING

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |
| | Executed by the arrest of the defendant. | |
| **Arrested** | Date: 11-2-15 | Location: Henry CO PD |

_direct arrest_

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 0 6 2015
JAMES N. HATTEN, Clerk
By: _[signature]_ Deputy Clerk

Name: D. Elmadolar, DUSM   Title: _____   District: N/GA
Date: 11-3-15   Signature: _____

9913909