MAGISTRATE'S CRIMINAL MINUTES - MISCELLANEOUS    DATE: 11/16/15

MAGISTRATE:    JANET F. KING           PRESIDING K. THORNTON ,DEPUTY CLERK
CASE NO. 1:15-MJ-929-JFK               DEFT NAME: Lauren Law
AUSA: Mary Roemer                      DEFT ATTY: Wes Bryant
TAPE: FTR Gold                         Type cnsl (circle): Retained    CJA    **FDP**
TIME IN COURT: ___ Hrs. 05 Mins.

## ARRAIGNMENT:

| | |
|---|---|
| _____ | COMPLAINT/INFORMATION FILED |
| _____ | DEFENDANT ADVISED OF RIGHT TO COUNSEL AS CONTAINED IN "WAIVER" |
| _____ | ORDER FEDERAL DEFENDER PROGRAM APPOINTED REPRESENT DEFENDANT |
| _____ | _____ APPOINTED REPRESENT DEFENDANT |
| _____ | CONSENT TO TRIAL BY MAGISTRATE FILED |
| X | DEFENDANT ENTERS PLEA OF **NOT GUILTY**   No. 3087706 + 3087707 |
| _____ | DEFENDANT **WITHDRAWS** PLEA OF NOT GUILTY   No. |
| _____ | DEFENDANT ENTERS PLEA OF **GUILTY**   No. |
| _____ | DEFENDANT ENTERS PLEA OF NOLO GUILTY   No. |
| _____ | BOND: |

## TRIAL:

| | |
|---|---|
| X | TRIAL DATE SET/CONTINUED/RESET FOR  January 7, 2016 @ 9:30 a.m. |
| _____ | **TRIAL HELD - BENCH** |
| _____ | COURT JUDGMENT OF **GUILTY**   No. |
| _____ | COURT JUDGMENT OF **NOT GUILTY**   No. |

## SENTENCING:

_____  REFERRED TO PROBATION FOR PSI;  SENTENCING SET FOR _____
_____  SENTENCING RESET/CONTINUED TO _____
_____  **SENTENCING HELD**

**JUDGMENT:** No. _____   _____ SEE NEXT PAGE FOR MULTIPLE SENTENCES
_____  IMPOSITION DEFERRED
_____  CAG FOR IMPRISONMENT FOR _____
_____  EXECUTION OF SENTENCE SUSPENDED.
_____  DEFENDANT PLACED ON PROBATION FOR _____ (___UNSUPERVISED)
_____  SPECIAL CONDITION (S): _____
_____  FINE IN THE AMOUNT OF $_____   ___UNDER TERMS AND CONDITIONS, USPO
         _____WITHIN_____DAYS OR STAND COMMITTED.
_____  SPECIAL ASSESSMENT IN THE AMOUNT OF $_____.
_____  RESTITUTION IN THE AMOUNT OF $_____   _____AS DIRECTED BY USPO
         _____TO:_____
_____  VOLUNTARY SURRENDER TO USM OR DESIGNATED INST. ON OR BEFORE _____
_____  EXECUTION OF SENTENCE DEFERRED UNTIL _____
_____  COURT RECOMMENDATION(S): _____
         _____ DISMISSED ON GOVERNMENT MOTION
_____  BOND _____

## PROBATION REVOCATION:

_____  WAIVER OF PRELIMINARY HEARING BY PROBATIONER
_____  PROBATION REVOCATION HEARING SET/CONTINUED/RESET FOR _____
_____  PROBATION REVOCATION HEARING HELD
_____  PROBATIONER ___ADMITS (___IN PART) ___DENIES (___IN PART) VIOLATION(S).
_____  PROBATION REVOKED.
_____  PROBATION CONTINUED; NEW OR ADDITIONAL CONDITIONS: _____