FILED IN CHAMBERS
U.S.D.C. Atlanta

APR - 1 2016

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN A. LAW | Criminal Action No.<br><br>1:15-MJ-00929-JFK |

## ORDER

Upon motion of the United States Attorney, leave to dismiss this case is granted, and this case is hereby dismissed, on such terms as are contained in the Government's Motion for Leave to Dismiss.

SO ORDERED THIS 1ST day of April, 2016.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

Prepared by
Bret R. Hobson, Assistant United States Attorney
(404) 581-6250